United States District Court
Southern District of Texas
**ENTERED**
August 17, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| JUAN PUENTE RODRIGUEZ,<br><br>Petitioner,<br>v.<br><br><br>WARDEN, RIO GRANDE<br>PROCESSING CENTER, *et al.*,<br><br>Respondents. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION No. L-26-791 |

**ORDER OF DISMISSAL**

Before the Court is Petitioner Juan Puente Rodriguez's Emergency Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241. D.E. 1. Petitioner is a native and citizen of Mexico. At the time the lawsuit was filed, Petitioner was detained at the Rio Grande Processing Center in Laredo, Texas. The habeas petition requests an order for Petitioner's immediate release from custody.

On June 11, 2026, the Government entered an advisory stating that Petitioner had agreed to voluntary departure and that he would be removed from the United States. D.E. 7. Public records confirm that Petitioner is no longer in custody. *See* United States Immigration and Customs Enforcement, Online Detainee Locator System, available at https://locator.ice.gov (last visited Aug. 13, 2026). No live issues remain for adjudication, and the petition is now moot. The Court, therefore, **DENIES** all pending motions and **DISMISSES** this action **WITHOUT PREJUDICE** as **MOOT**.

**ORDERED** this 17th day of August, 2026.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE